DENIED
Terry L Wooten 6/26/12
TERRY L. WOOTEN
U.S. DISTRICT JUDGE
Re: No showing of exceptional circumstances

John S. Lee #13487-171
Federal Correctional Institution
P.O. Box 52020
Bennettsville, SC 29512

RECEIVED
DC CLERK, FLORENCE S
2012 JUN 22 A 10: 01

Clerk of the Court
United States Courthouse
401 West Evans Street
Florence, SC 29501

19 June 2012

RECEIVED
CLERK, FLORENCE S
2012 JUN 28 P 3: 12

RE: United States v. Lee
Crim. Case No. 4:05-CR-1124
The Honorable Terry L. Wooten

Dear Clerk,

I am an indigent pro se inmate, and have no knowledge or understanding of the law. The reason that I am writing to you today is because I was recently made aware that, pursuant to the en banc decision of the Fourth Circuit Court of Appeals in Simmons, I am entitled to relief for being oversentenced.

Under 18 U.S.C. §3006A(a)(2)(B), whenever a court determines that "the interests of justice so require," it can provide representation to any financially eligible person who is seeking relief pursuant to §2255.

As an illiterate, indigent inmate, I believe that I meet that requirement, and formally request appointment of counsel to file a brief on my behalf to afford me Simmons relief. Also, I ask for a copy of my "docket sheet" to be sent at your earliest convenience.

I thank you in advance for your time and assistance in this

- 1 -